**Opinion filed June 11, 2026**



In The

# Eleventh Court of Appeals

_____

## No. 11-26-00138-CR

_____

## LA QUANDRA MARIE ANDERSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 371st District Court**

**Tarrant County, Texas**

**Trial Court Cause No. 1620343**

## M E M O R A N D U M   O P I N I O N

Appellant, La Quandra Marie Anderson, appealed the trial court's judgment adjudicating her guilt for the third-degree felony offense of evading arrest or detention with a vehicle. TEX. PENAL CODE ANN. § 38.04(a), (b)(2)(A) (West Supp. 2025).[1] Appellant has now filed a motion to dismiss the appeal. In the motion, Appellant requests that we "grant her motion and dismiss this appeal at the earliest possible date." The motion is signed by Appellant and Appellant's attorney in

---

[1]This appeal was transferred to this court from the Second Court of Appeals pursuant to a docket equalization order issued by the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 73.001 (West Supp. 2025).

accordance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. TEX. R. APP. P. 42.2(a).

We grant Appellant's motion and dismiss this appeal.


W. STACY TROTTER

JUSTICE


June 11, 2026

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.